MURRAY, RESPONDENT, *v.* NORTHERN PACIFIC RAIL-
WAY COMPANY, APPELLANT.

(No. 1,710.)

ON MOTION TO DISMISS APPEAL.

(Submitted January 28, 1902.  Decided February 6, 1902.)

*Appealable Order.*

An appeal from an order by the district court taxing costs will not lie.

*Appeal from District Court, Lewis and Clarke County;
J. M. Clements, Judge.*

SUIT by Patrick M. Murray against the Northern Pacific Railway Company.    From an order taxing costs, defendant appeals.    Dismissed.

*Mr. William Wallace, Jr.,* for Appellant.

*Mr. R. R. Purcell,* for Respondent.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the court.

This is an attempted appeal from an order made by the district court taxing costs. Plaintiff has moved to dismiss the same on the ground that the order is not appealable. The motion is sustained upon the authority of *State ex rel. Pierson* v. *Millis*, 19 Mont. 444, 48 Pac. 773, and the cases therein cited. We see no reason why the rule long followed in this jurisdiction, as appears from these cases, should now be changed.

*Dismissed.*